Tamir Abdullah
113 West 1285 182 Central
Belton, TX. 76513

FILED
February 14, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: lad
DEPUTY

Tamir Abdullah

V.

The STATE of TEXAS,
D.A. HENRY GARZA,
Sheriff EDDIE LANGE,
Killeen Police Dept.,
John Galligan Esq.
et. Al.

Addendum
§ 1983

2-9-22

CASE NO.

- Plantiff would like Damages (compensatory, punitive, declaratory) in the amount of ONE HUNDRED million ($100,000,000) dollars.
- Plantiff would like Attorney John Galligan Added as a party to this action.
- Plantiff elects to have all parties listed herein held liable in their "individual and official" capacities.

I declare under penalty of perjury that the foregoing is TRUE and correct to the best of my knowledge,

_T. Abdullah_
pro-se litigant/Plantiff

2-9-22
date

**RECEIVED** 2-9-22

February 14, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____lad_____
DEPUTY

Clerk,

Need
Case #
filed
Sep 2021

I have not been able to get my mail to the Federal District Court for this District without return. I'm in Bell county Jail in Belton. Please forward this to the Above-mentioned Court please. Thank you

Respectfully,
TAMIR Abdullah

Bell County Law Enforcement Center
113 West Central
Belton, Texas 76513
1285182
Name TAMIR Abdullah
Housing Unit B-1-D





FEB 11 2022
McLENNAN COUNTY SHERIFF'S OFFICE

7670131254 C099

U.S. District Court Clerk
Federal Courthouse
~~901 Washington Ave~~ #200
WACO, TX.
76701